# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
amoskowitz@mb-llp.com

345 Seventh Avenue
New York, NY 10001
Phone: (212) 221-7999
Fax: (646) 833-1658

November 4, 2019

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Darrell Hudson
      18 Cr. 454 (KPF)

Dear Judge Failla:

Enclosed please find a letter from Tameika Watson to Your Honor in connection with the sentencing of her brother, Darrell Hudson. Darrell's sentencing is scheduled to take place before Your Honor on November 6, 2019. It is respectfully submitted that Darrell's personal history and characteristics, as set forth in Tameika's letter, are worthy of significant consideration when determining what sentence to impose on him.

Respectfully submitted,

Avraham C. Moskowitz
Christopher Neff

cc:   AUSA Sarah Krisoff (by ECF)
      AUSA Frank Balsamello (by ECF)
      AUSA Gina Castellano (by ECF)

To the Honorable Judge Katherine P. Failla,

My Name is Tameika Watkins and I am the oldest sibling of Darrell Hudson. I am writing because I want to give you an understanding of who my brother is. He is my father's only son and my only brother, we have different mothers but anyone on the outside who doesn't know that would never know. For as long as I can remember I tried my best to be the best big sister for my siblings as I could. My brother went through many trials and tribulations from the moment he entered this world addicted to drugs out of his control because his mother was a drug addict. All I ever wanted was for my brother to beat the odds stacked against him. He was raised by his Maternal grandparents who loved nurtured and tried to protect him from the harsh reality of living in the projects of the south bronx. My brother like so many young minority men was lost in his environment for a little while but then tragedies struck that made him realize that he was going down a path that he didn't want to be apart of. He first lost our Paternal grandmother, then his Paternal and Maternal grandfathers passed within months of each other it was a devastating blow to him. I believe it was that moment that changed him. My brother then began taking school more seriously, making every moment with his family count and began actually listening to the things that myself his grandmother and his grandfathers were telling him about life about his future and about being a man that people could be proud of. He took care of his Maternal grandmother the only grandparent he had left. Darrell was statistically a Teen father and the moment he had his first child I believe the reality of everything we ever told him about being a role model finally stuck. He adored her, showed her off and vowed to do better so she could say that she was proud to have him as a father. I'll never forget in 2002 when I told him he was going to be an uncle how ecstatic he was. He called me everyday to make sure I ate asked me about my pregnancy and also wanted to make sure my boyfriend was treating me right lol. He began acting like he was my big brother even though he was 9 years my junior. The day that my daughter was born I saw him change again. From that moment on he was inseparable from her, he was at every graduation, birthday or show. He called her at least once a week just to check on her, he asked for her at least two weekends a month and he wanted to know everything she was into because he said no one would ever take advantage of her. Even though her Dad was always there he wanted the bond that they had to be just as strong as a father and daughter. When my brother was taken from us due to the charges he is facing in your court it was a shock because as I said my brother began to change his life for the better and we never saw this happening. I had no more family dinners with him he missed a few birthdays and many moments that we went through where my shoulder to lean on was not available because he was "Away" including the murder of our first cousin in January. I know that charges he is facing are not light but Your Honor I am asking; no I am begging that you please realize that Darrell Hudson is not just some street thug who was committing crimes. He is a young man who was changing his life for the better putting his family first, compassionate, caring and always there day or night for people he loved and who loved him back. Please find it in your heart to be as lenient as possible because his Daughters need him as every single female has ever needed their Dad. My daughter needs him she loves the ground he walks on and she wants him to be at her High School graduation like he was for all the rest in June 2021. Your Honor I need him for the times when life gets hard and I need my Brother to talk to, be there for me and guide me.

Thanking You For Your Time

Tameika Watkins